UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

MARIA S.[1]                                                                                       PLAINTIFF

v.                                       CIVIL ACTION NO. 1:23-cv-00034-HBB *(E-FILED)*

KILOLO KIJAKAZI, ACTING COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                              DEFENDANT

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby **ENTERS JUDGMENT** in favor of the Plaintiff, **REVERSES** the Commissioner's decision, and **REMANDS** this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

*H. Brent Brennenstuhl* (signature)

H. Brent Brennenstuhl
United States Magistrate Judge

July 7, 2023

Copies: Counsel

TENDERED BY:
Adam R Sorkin
Special Assistant U. S. Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
312-596-1884

---

[1] Pursuant to General Order 22-05, Plaintiff's name in this matter was shortened to first name and last initial.